IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

          No. CV-09-2374 MMC (PR)

       Petitioner,

         **JUDGMENT IN A CIVIL CASE**

  v.

THE FIRST DISTRICT COURT OF APPEAL,
et al.,

       Respondents.

_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the petition is hereby DISMISSED. The dismissal is without prejudice to petitioner's filing a new federal habeas petition once her state criminal proceedings are completed and she has exhausted state court remedies concerning all claims she wishes to raise in federal court.

Dated: June 22, 2009        Richard W. Wieking, Clerk

          *Tracy Lucero*

          By: Tracy Lucero
          Deputy Clerk